# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CASSEY L. BRADLEY** and **KIZZIE M. FRANKLIN BRADLEY** f/k/a
**KIZZIE M. FRANKLIN,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK, AS
SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, AS TRUSTEE
FOR CENTEX HOME EQUITY LOAN TRUST 2004-D, NATIONSTAR
MORTGAGE LLC** f/k/a **CENTEX HOME EQUITY COMPANY, LLC,** and
**CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION,**
Appellees.

No. 4D18-3662

[October 24, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562017CA001763.

Patrick Brandt and Kendrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for Appellee The Bank of New York Mellon.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***